James M. Baratta (SBN 54890)
Lance D. Orloff (SBN 116070)
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614
Telephone (949) 660-1600
Facsimile (949) 660-6060

2206.515

Attorneys for Defendants SIERRA PACIFIC
MANAGEMENT COMPANY and CALIFORNIA
CAPITAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY f/k/a USF INSURANCE COMPANY, a Michigan Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SIERRA PACIFIC MANAGEMENT COMPANY, a California Corporation; CALIFORNIA CAPITAL INSURANCE COMPANY, a California corporation.<br><br>Defendants. | CASE NO. 2:14-cv-0609-TLN-DAD<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |

Pursuant to Local Rule 144(a) of this Court, and in order to provide adequate time for counsel to properly respond to the complaint, Defendants Sierra Pacific Management Company and California Capital Insurance Company ("Defendants") and Plaintiff Atain Specialty Insurance Company, by and through their respective counsel, stipulate and agree to a second

extension of time for Defendants to respond to Plaintiff's Complaint. Defendants' time to respond to Plaintiff's Complaint is extended to, and includes, May 15, 2014.

      IT IS SO STIPULATED.

| | |
|---|---|
| DATED: May 1, 2014 | GRANT, GENOVESE & BARATTA, LLP |
| | /s/ Lance D. Orloff<br>By: LANCE D. ORLOFF<br>Attorneys for Defendants Sierra Pacific Management Company and California Capital Insurance Company |
| DATED: May 1, 2014 | ARCHER NORRIS |
| | /s/ GailAnn Y. Stargardter as authorized on 04/30/14<br>By: GAILANN Y. STARGARDTER<br>    ANDREW J. KING<br>Attorneys for Plaintiff Atain Specialty Insurance Company |

<u>ORDER</u>

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Defendants Sierra Pacific Management Company's and California Capital Insurance Company's time to respond to Plaintiff's Complaint is extended to, and includes, May 15, 2014.

Dated: May 1, 2014

Troy L. Nunley
United States District Judge