1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY f/k/a USF INSURANCE COMPANY, a Michigan Corporation,<br><br>     Plaintiff,<br><br>     vs.<br><br>SIERRA PACIFIC MANAGEMENT COMPANY, a California Corporation; CALIFORNIA CAPITAL INSURANCE COMPANY, a California corporation.<br><br>     Defendants. | CASE NO. 2:14-cv-0609-TLN-DAD<br><br>**ORDER PERMITTING THE MAGISTRATE JUDGE TO RESOLVE THE PENDING DISCOVERY DISPUTE**<br><br>[Filed Concurrently with Ex Parte Application and Declaration of Lance D. Orloff] |
| CALIFORNIA CAPITAL INSURANCE COMPANY, a California corporation,<br><br>     Counter-Claimant,<br><br>     vs.<br><br>ATAIN SPECIALTY INSURANCE COMPANY f/k/a USF INSURANCE COMPANY, a Michigan Corporation; and ROES 1 through 20, inclusive.<br><br>     Counter-Defendants. | |

1

_____
**ORDER**

CALIFORNIA CAPITAL INSURANCE COMPANY, a California corporation,

    Third-Party Plaintiff,

    vs.

JERRY LEE and BETTY LEE,

    Third-Party Defendants.

GOOD CAUSE APPEARING THEREFOR,

Notwithstanding the Pretrial Scheduling Order [ECF No. 27] Paragraph IV, United States Magistrate Judge Dale A. Drozd may consider and resolve the pending discover dispute.

IT IS SO ORDERED.

Dated: July 6, 2015

                                            Troy L. Nunley
                                            United States District Judge