James M. Baratta (SBN 54890)
Lance D. Orloff (SBN 116070)
Jenifer A. Pearl (SBN 228336)
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614
Telephone (949) 660-1600
Facsimile (949) 660-6060
2206.515
Attorneys for Defendants/Counter-Claimants/Third-Party
Plaintiffs CALIFORNIA CAPITAL INSURANCE COMPANY;
and SIERRA PACIFIC MANAGEMENT COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY f/k/a USF INSURANCE COMPANY, a Michigan Corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SIERRA PACIFIC MANAGEMENT COMPANY, a California Corporation; CALIFORNIA CAPITAL INSURANCE COMPANY, a California corporation.<br><br>        Defendants. | CASE NO. 2:14-cv-0609-TLN-DAD<br><br>**STIPULATION TO EXTEND DEADLINES TO DESIGNATE EXPERT WITNESSES; AND ORDER THEREON** |

CALIFORNIA CAPITAL INSURANCE
COMPANY, a California corporation,

      Counter-Claimant,

      vs.

ATAIN SPECIALTY INSURANCE
COMPANY f/k/a USF INSURANCE
COMPANY, a Michigan Corporation; and
ROES 1 through 20, inclusive.

      Counter-Defendants.

Defendants/counter-claimants/third-party plaintiffs California Capital Insurance Company and Sierra Pacific Management Company ("California Capital"); plaintiff/counter-defendant Atain Specialty Insurance Company f/k/a USF Insurance Company ("Atain") and third-party defendants Jerry Lee and Betty Lee (the "Lees"), through their respective counsel of record, hereby enter into the following stipulation regarding the resolution of a discovery dispute, and agree as follows:

      **WHEREAS,** The Court's Pretrial Scheduling Order sets July 30, 2015 as the last day to designate expert witnesses;

      **WHEREAS,** the two final percipient witness depositions scheduled in this case concluded on July 17, 2015, and the transcripts of those depositions have not been completed;

      **WHEREAS,** on July 27, 2015, Atain produced documents that were the subject of a discovery dispute and stipulated resolution;

      **WHEREAS,** it is not feasible for the designated experts to complete their reports to comply with the July 30, 2015 deadline:

## STIPULATION

California Capital, Atain and the Lees hereby agree to and stipulate to each of the following:

1.  The last day to designate experts is extended to August 14, 2015;

2.  The last day to designate rebuttal experts is extended to September 3, 2015.


**IT IS SO STIPULATED,** by and between California Capital, Atain, and the Lees, by and through their respective counsel.


DATED:  July 30, 2015                    GRANT, GENOVESE & BARATTA, LLP




                                         By: /s/ Lance D. Orloff (as authorized on 7/30/15)
                                               JAMES M. BARATTA
                                               LANCE D. ORLOFF
                                               JENIFER A. PEARL
                                         Attorneys for Defendants/Counter-Claimants/
                                         Third-Party Plaintiffs CALIFORNIA CAPITAL
                                         INSURANCE COMPANY and SIERRA
                                         PACIFIC MANAGEMENT COMPANY

DATED: July 30, 2015                     ARCHER NORRIS




                                         By: /s/ Andrew J. King (as authorized on 7/30/15)
                                               GAILANN Y. STARGARDTER
                                               ANDREW J. KING
                                         Attorneys for Plaintiff/Counter-Defendant
                                         ATAIN SPECIALTY INSURANCE COMPANY
                                         f/k/a USF INSURANCE COMPANY

STIPLUATION TO EXTEND DEADLINES TO DESIGNATE
EXPERT WITNESSES; AND ORDER THEREON

DATED: July 30, 2015                    SPINELLI, DONALD & NOTT


                                        By: /s/ Sean M. Patrick (as authorized on 7/30/15)
                                             ROSS R. NOTT
                                             SEAN M. PATRICK
                                        Attorneys for Third-Party Defendants JERRY
                                        LEE and BETTY LEE


## ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED.**


Dated:  August 3, 2015

                                        _____
                                        Troy L. Nunley
                                        United States District Judge

STIPLUATION TO EXTEND DEADLINES TO DESIGNATE
EXPERT WITNESSES; AND ORDER THEREON