GailAnn Y. Stargardter (Bar No. 250749)
Andrew J. King (Bar No. 253962)
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:	925.930.6600
Facsimile:	925.930.6620
gstargardter@archernorris.com
aking@archernorris.com

Attorneys for Plaintiff and Counterdefendant
ATAIN SPECIALTY INSURANCE COMPANY f/k/a USF INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY f/k/a USF INSURANCE COMPANY, a Michigan corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC MANAGEMENT COMPANY, a California corporation; CALIFORNIA CAPITAL INSURANCE COMPANY, a California corporation<br><br>　　　　　Defendants. | Case No. 2:14-cv-00609-TLN-DAD<br><br>**STIPULATION TO EXTEND DEADLINES TO FILE AND SERVE REBUTTAL EXPERT REPORTS; ORDER THEREON**<br><br>Judge:	Hon. Troy L. Nunley<br>Magistrate Judge:  Hon Dale A. Drozd |
| CALIFORNIA CAPITAL INSURANCE COMPANY, a California corporation<br><br>　　　　　Counterclaimant,<br><br>v.<br><br>ATAIN SPECIALTY INSURANCE COMPANY f/k/a USF INSURANCE COMPANY, a Michigan corporation<br><br>　　　　　Counterdefendant. | |

STIPULATION TO EXTEND REBUTTAL EXPERT DEADLINES; ORDER THEREON

CASE NO. 2:14-CV-00609-TLN-DAD

CALIFORNIA CAPITAL INSURANCE COMPANY, a California corporation

        Third Party Plaintiff,

v.

JERRY LEE and BETTY LEE,

        Third Party Defendants.

Plaintiff and Counter-Defendant ATAIN SPECIALTY INSURANCE COMPANY f/k/a USF INSURANCE COMPANY ("Atain") and Defendant/Counterclaimant CALIFORNIA CAPITAL INSURANCE COMPANY ("California Capital"), and Third Party Defendants JERRY LEE and BETTY LEE (the "Lees"), through their respective counsel of record, hereby enter into the following stipulation regarding the deadlines for rebuttal expert reports, and agree as follows:

**WHEREAS**, the Court's Pretrial Scheduling Order originally set July 30, 2015 as the last date to designate expert witnesses;

**WHEREAS**, the Court's Pretrial Scheduling Order also stated that: "Within twenty (20) days after the designation of expert witnesses, any party may designate a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party." (Docket 27.)

**WHEREAS**, on August 4, 2015, the Court entered an Order based on the parties' stipulation, which modified the expert disclosure deadlines such that the last day to designate expert witnesses was August 14, 2015 and the last date to designate rebuttal experts was extended to September 3, 2015 (Docket 40).

**WHEREAS**, on August 4, 2015, California Capital disclosed James P. Schratz as a retained expert that California Capital intends to call to testify at trial in this matter, and provided with its disclosure a copy of Mr. Schratz's expert report.

**WHEREAS**, Atain did not designate an expert on the date set for expert witness disclosures, but intends to designate a rebuttal expert in response to California Capital's

1  designation of Mr. Schratz.

2  **WHEREAS**, due to the volume of materials identified in Mr. Schratz's report, Atain's

3  rebuttal expert will need additional time beyond the September 3, 2015 rebuttal expert

4  designation deadline to complete a rebuttal expert report.

5  **WHEREAS**, the additional time required for Atain to file and serve its rebuttal expert

6  report (two weeks) will not impact any of the remaining pretrial dates identified in the Court's

7  Pretrial Scheduling Order in this action.

## STIPULATION

Atain, California Capital, and the Lees hereby agree to and stipulate to each of the following:

1.  The last day for the parties to identify rebuttal experts by name remains September 3, 2015.

2.  The last day to file and serve rebuttal expert reports is extended to **September 17, 2015.**

**IT IS SO STIPULATED**, by and between Atain, California Capital, and the Lees, by and through their respective counsel.

Dated: August 24, 2015            ARCHER NORRIS

/s/ *Andrew J. King*
GailAnn Y. Stargardter
Andrew J. King
*Attorneys for* Plaintiff and Counterdefendant
ATAIN SPECIALTY INSURANCE COMPANY
f/k/a USF INSURANCE COMPANY

Dated:  August 24, 2015           GRANT, GENOVESE & BARATTA, LLP

/s/ *Lance D. Orloff* (as authorized on 8/21/15)
James M. Baratta
Lance D. Orloff
*Attorneys for* Defendant/Counterclaimant
CALIFORNIA CAPITAL INSURANCE COMPANY

/ / /

/ / /

1 | Dated: August 24, 2015                    SPINELLI, DONALD & NOTT

/s/ *Sean M. Patrick* (as authorized on 8/24/15)
Ross R. Nott
Sean M. Patrick
*Attorneys for* Third Party Defendants JERRY LEE and BETTY LEE

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED**.

Dated: August 26, 2015

_____
Troy L. Nunley
United States District Judge