1  GailAnn Y. Stargardter (Bar No. 250749)
   Andrew J. King (Bar No. 253962)
2  ARCHER NORRIS
   A Professional Law Corporation
3  2033 North Main Street, Suite 800
   Walnut Creek, CA  94596-3759
4  Telephone:     925.930.6600
   Facsimile:     925.930.6620
5  gstargardter@archernorris.com
   aking@archernorris.com
6
   Attorneys for Plaintiff and Counterdefendant
7  ATAIN SPECIALTY INSURANCE
   COMPANY f/k/a USF INSURANCE
8  COMPANY

9                     UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11                          SACRAMENTO DIVISION

12

| 13 | ATAIN SPECIALTY INSURANCE COMPANY f/k/a USF INSURANCE COMPANY, a Michigan corporation, | Case No. 2:14-cv-00609-TLN-DAD |
|---|---|---|
| 14 | | **STIPULATION REGARDING DEPOSITIONS OF RETAINED EXPERT WITNESSES; ORDER THEREON** |
| 15 | Plaintiff, | |
| 16 | v. | Judge:              Hon. Troy L. Nunley |
| 17 | SIERRA PACIFIC MANAGEMENT COMPANY, a California corporation; CALIFORNIA CAPITAL INSURANCE COMPANY, a California corporation | Magistrate Judge:  Hon Dale A. Drozd |
| 18 | | |
| 19 | | |
| 20 | Defendants. | |
| 21 | CALIFORNIA CAPITAL INSURANCE COMPANY, a California corporation | |
| 22 | | |
| 23 | Counterclaimant, | |
| 24 | v. | |
| 25 | ATAIN SPECIALTY INSURANCE COMPANY f/k/a USF INSURANCE COMPANY, a Michigan corporation | |
| 26 | | |
| 27 | Counterdefendant. | |

28

CALIFORNIA CAPITAL INSURANCE COMPANY, a California corporation

   Third Party Plaintiff,

v.

JERRY LEE and BETTY LEE,

   Third Party Defendants.

  Plaintiff and Counter-Defendant ATAIN SPECIALTY INSURANCE COMPANY f/k/a USF INSURANCE COMPANY ("Atain"), Defendant/Counterclaimant CALIFORNIA CAPITAL INSURANCE COMPANY ("California Capital"), and Third Party Defendants JERRY LEE and BETTY LEE (the "Lees"), through their respective counsel of record, hereby enter into the following stipulation concerning the depositions of the parties' disclosed retained expert and rebuttal expert witnesses, and agree as follows:

  **WHEREAS**, pursuant to the Court's Orders on the parties' stipulations (Docket Nos. 40, 43), California Capital filed its expert witness disclosures on August 14, 2015 (Docket 41), Atain filed its rebuttal expert witness disclosure on September 3, 2015 (Docket 44), and Atain filed its rebuttal expert witness report on September 14, 2015 (Docket 45).

  **WHEREAS**, the Court's Pretrial Scheduling Order (Docket 27) did not set a specific date for the close of expert witness discovery, but instructed counsel to complete all discovery of expert witnesses in a timely manner in order to comply with the Court's deadline for filing dispositive motions.

  **WHEREAS**, the Court's Pretrial Scheduling Order (Docket 27) provides that all dispositive motions shall be heard no later than November 19, 2015.

  **WHEREAS**, due to witness unavailability in the coming months, California Capital and Atain seek to coordinate the depositions of their respective expert witnesses for dates after the date the parties must file their dispositive motions.

  **WHEREAS**, California Capital and Atain have agreed that the retained expert witness depositions should be taken at a later date, within 30 days of the Court's ruling on the parties'

dispositive motions.

**WHEREAS**, the parties agree that the taking of the retained expert witness depositions at a later date will not impact the existing deadlines for the filing and hearing of the parties' dispositive motions on purely legal issues.

## STIPULATION

Atain, California Capital, and the Lees hereby agree to the following:

1. If the parties seek to take the depositions of the disclosed retained expert or rebuttal expert witnesses in this action, such depositions shall be completed within 30 days after the Court issues its ruling(s) on the parties' dispositive motions.

2. All other pretrial and trial dates identified in the Court's Pretrial Scheduling Order remain unchanged.

**IT IS SO STIPULATED**, by and between Atain, California Capital, and the Lees, by and through their respective counsel.

Dated: September 14, 2015    ARCHER NORRIS

*/s/ Andrew J. King*
GailAnn Y. Stargardter
Andrew J. King
*Attorneys for* Plaintiff and Counterdefendant
ATAIN SPECIALTY INSURANCE COMPANY
f/k/a USF INSURANCE COMPANY

Dated:  September 14, 2015   GRANT, GENOVESE & BARATTA, LLP

*/s/ Lance D. Orloff* (as authorized on 9/14/15)
James M. Baratta
Lance D. Orloff
*Attorneys for* Defendant/Counterclaimant
CALIFORNIA CAPITAL INSURANCE COMPANY

Dated:  September 15, 2015   SPINELLI, DONALD & NOTT

*/s/  Sean M. Patrick*  (as authorized on 9/15/15)
Ross R. Nott
Sean M. Patrick
*Attorneys for* Third Party Defendants JERRY LEE and BETTY LEE

STIPULATION RE: RETAINED EXPERT WITNESS DEPOSITIONS; ORDER THEREON    3    CASE NO. 2:14-CV-00609-TLN-DAD

1  **ORDER**

2  Pursuant to the parties' stipulation, **IT IS SO ORDERED**.

3

4  Dated:  September 16, 2015

_____
Troy L. Nunley
United States District Judge

STIPULATION RE: RETAINED EXPERT WITNESS DEPOSITIONS; ORDER THEREON                     4                    CASE NO. 2:14-CV-00609-TLN-DAD